

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00778-CR

Victor R. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5362
Honorable Mary D. Roman, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  January 28, 2015

DISMISSED

Pursuant to a written plea agreement, Defendant Victor R. Martinez entered a plea of guilty to the indictment and was sentenced to twelve years' confinement in the Institutional Division of the Texas Department of Criminal Justice.  The trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal . . . ."  Appellant filed a notice of appeal.

The clerk's record contains a written plea bargain and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by defendant; therefore, the

trial court's certification accurately reflects that defendant's case is a plea bargain case and defendant does not have a right of appeal. *See* TEX. R. APP. P. 25.2(a)(2).

"In a plea bargain case . . . a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." *Id*. The clerk's record does not contain a written motion ruled on before trial nor does it indicate the trial court granted defendant permission to appeal. This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made a part of the record." TEX. R. APP. P. 25.2(d).

On December 17, 2014, this court issued an order stating this appeal would be dismissed pursuant to Rule 25.2(d) unless an amended trial court certification that shows appellant has the right of appeal was made part of the appellate record. *See Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1. On December 22, 2014, Martinez's appellate attorney filed a response to the court's order providing "the undersigned attorney has reviewed documents including the electronic clerk's record of this case and can find no right of appeal for Appellant." Martinez's attorney further conceded "this Court has no choice but to dismiss the appeal."

Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH